1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant JONES-BAGGETT

6

7                      UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10 UNITED STATES OF AMERICA,       )    No.   CR-10-00310-DMR
                                   )
11         Plaintiff,              )
                                   )    STIPULATED REQUEST TO CONTINUE
12    v.                           )    HEARING DATE TO JULY 21, 2010 AND
                                   )    TO EXCLUDE TIME UNDER THE
13                                 )    SPEEDY TRIAL ACT AND [PROPOSED]
   LA JUANA JONES-BAGGETT,         )    ORDER
14                                 )
           Defendant.              )
15                                 )    Hearing Date: June 24, 2010
   _____)    Time:          10:00 a.m.
16

17        The above-captioned matter is set on June 24, 2010 before this Court for a status hearing.

18 The parties jointly request that the Court continue the matter to July 21, 2010 at 10:00 a.m., and

19 that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

20 between June 24, 2010 and July 21, 2010.

21        On April 20, 2010, the United States Attorney filed an information charging Ms. Jones-

22 Baggett with misdemeanor theft of government property in violation of 18 U.S.C. § 641. If

23 convicted, Ms. Jones-Baggett faces a maximum of one year imprisonment and a $100,000 fine.

24 On May 5, 2010, Ms. Jones-Baggett made her initial appearance before the Court. The Court

25 arraigned Ms. Jones-Baggett and released her on her own recognizance. At the hearing, Ms.

26 Jones-Baggett consented to the Court's jurisdiction.

The current status of the case is that the parties are negotiating this matter and anticipate that there will be a negotiated disposition of the case.  If there is a negotiated disposition, the parties plan to submit a proposed plea agreement to the Court at least two days in advance of the requested hearing date.  In the meantime, the government has produced discovery to the defense and defense counsel needs additional time to review and process the discovery provided.  The defense also requires additional time to discuss the discovery with Ms. Jones-Baggett and to complete its investigation of the circumstances of the offense.

The requested continuance will allow the defense to complete its review of the discovery, to investigate the underlying facts of the case, and to consult with Ms. Jones-Baggett.  For this reason, the parties agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, the parties agree that the period of time from June 24, 2010 to July 21, 2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: June 23, 2010                                /S/
                                                    MATTHEW DELLABETTA
                                                    Law Clerk, United States Attorney's Office

DATED: June 23, 2010                                /S/
                                                    ANGELA M. HANSEN
                                                    Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.                  /S/ ANGELA M. HANSEN

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-00310-DMR                       2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given defense counsel's need to complete its review the discovery;

2. Given that the defense needs additional time to continue to investigate the underlying facts of the case and to consult with Ms. Jones-Baggett;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of June 24, 2010 scheduled at 10:00 a.m. is vacated and reset for July 21, 2010, at 10:00 a.m. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from June 24, 2010 to July 21, 2010.

June 23, 2010

_____
HON. DONNA M. RYU
United States Magistrate Judge